Alejandro MUNIZ-OROSCO, Petitioner,

v.

Jefferson B. SESSIONS III, Attorney General, Respondent.

No. 15-70937

United States Court of Appeals, Ninth Circuit.

Submitted November 15, 2017 *

Filed November 20, 2017

Sung Uk Park, Esquire, Attorney, Law Offices of Sung U. Park, Inc., Los Angeles, CA, for Petitioner

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Michele Yvette Frances Sarko, Esquire, Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: CANBY, TROTT, and GRABER, Circuit Judges.

## MEMORANDUM **

Alejandro Muniz-Orosco, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying cancellation of removal and denying a motion to continue. We dismiss the petition for review.

We lack jurisdiction to consider Muniz-Orosco's unexhausted contention that his conviction under Cal. Penal Code § 273.5 is not a domestic violence conviction. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) ("We lack jurisdiction to review legal claims not presented in an alien's administrative proceeding before the [agency].").

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).